◼◼ In the Matter of Stanislaw F. Mroczka, an Attorney, Respondent. Grievance Committee of the Eighth Judicial District, Petitioner. [831 NYS2d 90]—Order of suspension entered. Present—Scudder, P.J., Gorski, Green and Pine, JJ. (Filed Feb. 27, 2007.)

◼◼ The People of the State of New York, Respondent, v Roy Tarbell, Appellant. [831 NYS2d 91]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Peradotto and Pine, JJ.